UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY PURCELL )
)
v. ) No. 3:09-0504
) JUDGE NIXON
ASCENSION HEALTH INC. ET AL. )

O R D E R

The above-styled case having been closed, it is hereby ORDERED that:

(x ) The party or parties who submitted material under seal (Administrative Record attached to Docket Entry No. 16) shall retrieve the same within ten (10) days of the date of entry of this Order on the docket. If the material is not retrieved within the time specified, the Clerk is directed to destroy the material.

( ) The Clerk is directed to unseal the attached material and make them part of the record.

( ) The Clerk is directed to shred the attached sealed material.

( ) The Clerk is directed to maintain the attached material under seal.

_____
JOHN T. NIXON
UNITED STATES DISTRICT JUDGE